AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

JEAN GUILLORY

*Plaintiff(s)*

v.

THE LINCOLN NATIONAL LIFE INSURANCE CO.

*Defendant(s)*

Civil Action No. 2:19-CV-10368 M(1)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Lincoln National Life Insurance Company
through Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, La. 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Reagan L. Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170
(504) 582-1286; (f) )313) 692-5927
rtoledano@willefordlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: **May 15 2019**

Deputy clerk's signature

Civil Action No. 2:19-CV-10368

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Lincoln National Life Insurance Company was received by me on *(date)* 5/15/2019 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: Post Office form 3811, Certified mail no. 7006 0810 0003 3032 2225.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/24/2019

/s/ Reagan Toledano

*Server's signature*

Reagan Toledano, attorney for plaintiff

*Printed name and title*

WILLEFORD & TOLEDANO
201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY c/o
LOUISIANA SECRETARY OF State
8585 ARCHIVES AVE
BATON ROUGE LA 70809

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)
Jamie Shows

C. Date of Delivery
5/20/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. 7006 0810 0003 3032 2225

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

BATON ROUGE
LA 707
21 MAY '19
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

WILLEFORD LAW FIRM
201 St. Charles Avenue
Suite 4208
New Orleans, LA 70170-4208

GUILLORY - COMPLAINT RT