**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEAN GUILLORY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **2:19-CV-10368** |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant The Lincoln National Life Insurance Company makes the following disclosure:

> Defendant, The Lincoln National Life Insurance Company, is a wholly-owned subsidiary of Lincoln National Corporation ("Lincoln"). Lincoln is publicly traded (NYSE), ticker symbol LNC, with no 10% owners of its stock.

*/s/ Avery A. Simmons*
Avery A. Simmons (Louisiana Bar Roll No. 32942)
BRADLEY ARANT BOULT CUMMINGS LLP
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
704.338.6000 (phone)
704.332.8858 (facsimile)
asimmons@bradley.com

*Attorney for The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Reagan L. Toledano (La. 29687)(T.A.)
James F. Willeford (La. 13485)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286; (f) (313)692-5927
rtoledano@willefordlaw.com


/s/ *Avery A. Simmons*
OF COUNSEL