**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEAN GUILLORY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **CIVIL ACTION NO. 2:19-CV-10368**<br><br>**JUDGE: BARRY W ASHE**<br><br>**SECTION: M**<br><br>**MAG. JUDGE: JANIS VAN MEERVELD** |

# MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Local Rules for the United States District Court, Eastern District of Louisiana, application is made for the admission pro hac vice of Jason A. Walters of the law firm of Bradley Arant Boult Cummings LLP to the Bar of this Court for the purpose of appearing on behalf of Defendant The Lincoln National Life Insurance Company ("Lincoln") in the above described action, and in support thereof states as follows:

1. Jason A. Walters is a member in good standing of the Bar of the United States District Court for the Northern District of Alabama. Attached hereto and marked as Exhibit "A" is a Certificate of Good Standing from such Court.

2. Payment of the applicable fee of $100.00 is made via the court's electronic filing system using Pay.gov.

3. There have been no disciplinary proceedings or criminal charges instituted against Mr. Walters. Attached is Mr. Walters' Declaration marked as Exhibit "B."

4. In accordance with the Local Rules for the United States District Court, Eastern District of Louisiana, Avery A. Simmons of the firm of Bradley Arant Boult Cummings LLP is enrolled as local counsel.

5. Mr. Walters authorizes the Clerk of Court for the Eastern District of Louisiana to transmit notice of entries of judgments and orders to him under Fed. R. Civ. P. 77, Fed. R. Cr. P. 49, and LR 5.7.10. He also agrees to receive notice electronically from other parties and the Court via electronic mail. Mr. Walters understands that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and has verified that any such software installed on his computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov. He understands this electronic notice will be in lieu of notice by any other means. Mr. Walters previously submitted an Attorney Registration Form for the CM/ECF System and possesses electronic filing credentials. Mr. Walters understands it is his responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the Court's electronic filing system.

Respectfully submitted, this the 24th day of July, 2019.


*/s/Jason A. Walters*
Signature of Applying Attorney, T. A.

| | |
|---|---|
| Name: | Jason A. Walters |
| Firm: | Bradley Arant Boult Cummings LLP |
| Address: | One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203 |
| Telephone: | 205.521.8000 |
| Facsimile: | 205.521.8800 |
| Email: | jwalters@bradley.com |

*/s/Avery A. Simmons*
Signature of Local Counsel

| | |
|---|---|
| Name: | Avery A. Simmons |
| Firm: | Bradley Arant Boult Cummings LLP |
| Address: | Hearst Tower<br>214 North Tryon Street, Suite 3700<br>Charlotte, NC 28202 |
| Telephone: | 704.338.6000 |
| Facsimile: | 704.332.8858 |
| Email: | asimmons@bradley.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing **MOTION TO APPEAR PRO HAC VICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Reagan L. Toledano (La. 29687)(T.A.)
James F. Willeford (La. 13485)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286; (f) (313)692-5927
rtoledano@willefordlaw.com

/s/ *Avery A. Simmons*
OF COUNSEL