# EXHIBIT A

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

**Sharon N. Harris**
**Clerk of Court**

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **JASON A. WALTERS** was duly admitted to practice in said Court on **October 30, 2002**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on July 15, 2019.

SHARON N. HARRIS, CLERK

By: Shirley A. Williams

Shirley A. Williams, Deputy Clerk