# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JEAN GUILLORY,**

**Plaintiff,**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**CIVIL ACTION NO. 2:19-CV-10368**

**JUDGE: BARRY W ASHE**

**SECTION: M**

**MAG. JUDGE: JANIS VAN MEERVELD**

---

## DECLARATION OF JASON A. WALTERS

---

I, Jason A. Walters, pursuant to 28 U.S.C. § 1746 and Local Rule 83.2.5 declare as follows:

1. I am an adult resident of the State of Alabama and am an attorney at Bradley Arant Boult Cummings LLP. I declare that I have no disciplinary proceedings or criminal charges filed against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 24th day of July, 2019.

Jason Walters

JASON A. WALTERS