**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEAN GUILLORY,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:19-CV-10368** |
| **v.** | **JUDGE: BARRY W ASHE** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **SECTION: M** |
| | **MAG. JUDGE: JANIS VAN MEERVELD** |
| **Defendant.** | |

## EX PARTE ORDER

**IT IS ORDERED** that Jason A. Walters be, and he is hereby, admitted to the Bar of this Court pro hac vice on behalf of Defendant The Lincoln National Life Insurance Company in the above described action.

**SO ORDERED** on this, the ______ day of ____________________, 2019 in New Orleans, Louisiana.

______________________________
U.S. Magistrate Judge