**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEAN GUILLORY,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:19-CV-10368** |
| **v.** | **JUDGE: BARRY W ASHE** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **SECTION: M** |
| | **MAG. JUDGE: JANIS VAN MEERVELD** |
| **Defendant.** | |

**ORDER**

Considering the *ex parte* motion to appear *pro hac vice*,

**IT IS ORDERED** that Jason A. Walters is admitted *pro hac vice* to represent Defendant The Lincoln National Life Insurance Company in the above described action.

New Orleans, Louisiana this 25th day of July, 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE