**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEAN GUILLORY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **2:19-CV-10368-BWA-JVM** |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

# DEFENDANT'S OBJECTION TO RULE 26 DISCLOSURES

Defendant The Lincoln National Life Insurance Company ("Lincoln") hereby respectfully submits its objection to providing Rule 26(a)(1) disclosures in accordance with the Court's Order setting a scheduling conference for August 14, 2019. (Doc. 7). In this action, Plaintiff asserts a claim under ERISA for long term disability benefits. (Compl. ¶ 1). Accordingly, this action will be decided on a review of the administrative record. Under Rule 26(a)(1)(B)(i), actions for review on an administrative record are exempt from the requirement of initial disclosures.

*/s/ Jason A. Walters*
Jason A. Walters (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
205.521.8000 (phone)
205.521.8800 (facsimile)
jwalters@bradley.com

Avery A. Simmons (Louisiana Bar Roll No. 32942)
BRADLEY ARANT BOULT CUMMINGS LLP
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
704.338.6000 (phone)
704.332.8858 (facsimile)
asimmons@bradley.com

*Attorneys for The Lincoln National Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, I electronically filed the foregoing **OBJECTION TO RULE 26 DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Reagan L. Toledano (La. 29687)(T.A.)
James F. Willeford (La. 13485)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286; (f) (313)692-5927
rtoledano@willefordlaw.com

/s/ *Jason A. Walters*
OF COUNSEL