**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEAN GUILLORY,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:19-CV-10368** |
| | § | |
| **v.** | § | **JUDGE: BARRY W ASHE** |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | **SECTION: M** |
| **INSURANCE COMPANY,** | § | |
| | § | **MAG. JUDGE: JANIS VAN MEERVELD** |
| **Defendant.** | § | |

## ***EX PARTE*** **MOTION TO DESIGNATE JASON A. WALTERS AS TRIAL ATTORNEY**

NOW INTO COURT comes defendant The Lincoln National Life Insurance Company ("Lincoln"), and pursuant to LR 11.2, respectfully submits this Motion to Designate Jason A. Walters as Trial Attorney for Lincoln. In support of this Motion, Lincoln shows as follows:

1. On July 24, 2019, Lincoln filed its *Motion for Jason A. Walters to Appear Pro Hac Vice*. (Doc. 8).

2. On July 25, 2019, this Court entered an Order admitting Jason A. Walters *Pro Hac Vice*. (Doc. 9).

3. Lincoln wishes to designate Jason A. Walters as the Trial Attorney for Lincoln.

4. Undersigned counsel will remain active in this case and accompany Mr. Walters at all levels of this proceeding.

*/s/ Avery A. Simmons*
Avery A. Simmons (Louisiana Bar Roll No. 32942)
BRADLEY ARANT BOULT CUMMINGS LLP
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
704.338.6000 (phone)
704.332.8858 (facsimile)
asimmons@bradley.com

Jason A. Walters (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
205.521.8000 (phone)
205.521.8800 (facsimile)
jwalters@bradley.com

*Attorneys for The Lincoln National Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2019, I electronically filed the foregoing EX PARTE MOTION TO DESIGNATE JASON A. WALTERS AS TRIAL ATTORNEY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Reagan L. Toledano (La. 29687)(T.A.)
James F. Willeford (La. 13485)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286; (f) (313)692-5927
rtoledano@willefordlaw.com

/s/ *Avery A. Simmons*
OF COUNSEL