UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEAN GUILLORY,** | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:19-CV-10368** |
| | § | |
| **v.** | § | **JUDGE: BARRY W ASHE** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | **SECTION: M** |
| | § | |
| | § | **MAG. JUDGE: JANIS VAN MEERVELD** |
| **Defendant.** | § | |

**ORDER**

Having considered Defendant The Lincoln National Life Insurance Company's *Ex Parte Motion to Designate Jason A. Walters as Trial Attorney* (R. Doc. 11)

**IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this the 15th day of August, 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE