UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEAN GUILLORY | CIVIL ACTION |
| VS. | NO. 19-10368 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | SECTION M(1) |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff, Jean Guillory and Defendant, Lincoln National Life Insurance Company respectfully request the Court to modify the current Scheduling Order, Document 13, and state that:

1. This matter involves a claim for benefits under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et. seq.* Therefore, the Court will be reviewing the claim decision based upon the information in the administrative record.
2. The current Scheduling Order is tailored for a more traditional civil action and not an ERISA dispute.
3. The parties agree that this matter is governed by ERISA, and as such, may be resolved through Trial Briefs with citations to the administrative record that will be provided to the Court by Defendant.
4. The parties propose modification of the Scheduling Order as follows:
   a. Defendant submit the administrative record to the Court by February 26, 2020.
   b. Plaintiff's brief shall be filed by March 2, 2020.
   c. Defendant's brief shall be filed by April 1, 2020.
   d. Plaintiff's reply brief shall be filed by April 15, 2020.

e. Defendant's sur-reply brief, if any, by April 29, 2020.

5. Based on the nature of the case and the proposed schedule herein, the parties respectfully submit that the trial date of March 2, 2020 may be vacated as the Court will decide the case based upon the administrative record and the parties' briefs.

**WHEREFORE**, the Parties respectfully request the Court grant this Motion to Modify the Scheduling order and for all other just and proper relief.

Respectfully submitted,


/s/ *Reagan L. Toledano*
Reagan L. Toledano (La. 29687)
James F. Willeford (La. 13485)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286 (phone); (313) 692-5927 (facsimile)
rtoledano@willefordlaw.com
*Attorneys for Plaintiff*

*/s/ Jason A. Walters*
Jason A. Walters (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
205.521.8000 (phone); 205.521.8800 (facsimile)
jwalters@bradley.com

Avery A. Simmons (La. 32942)
BRADLEY ARANT BOULT CUMMINGS LLP
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
704.338.6000 (phone); 704.332.8858 (facsimile)
asimmons@bradley.com
*Attorneys for The Lincoln National Life Insurance Company*