UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEAN GUILLORY | CIVIL ACTION |
| VS. | NO. 19-10368 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | SECTION M(1) |

**ORDER**

Considering the Parties' Joint Motion to Modify Scheduling Order,

**IT IS ORDERED**, that the Motion is **GRANTED**. Defendant shall submit the administrative record to the Court by February 26, 2020. Plaintiff's brief shall be filed by March 2, 2020. Defendant's brief shall be filed by April 1, 2020. Plaintiff's reply brief shall be filed by April 14, 2020. Defendant's sur-reply brief, if any, shall be filed by April 28, 2020. The trial date of March 2, 2020 shall be vacated as the Court will decide the case based upon the administrative record and the parties' briefs.

New Orleans, Louisiana this _____ day of ___________ 2019.

_________________________________________
UNITED STATES DISTRICT JUDGE