MINUTE ENTRY
VAN MEERVELD
February 7, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEAN GUILLORY, *Plaintiff* | * | CIVIL ACTION |
| | * | NO. 19-10368 |
| | * | |
| VERSUS | * | SECTION: "M" (1) |
| | * | |
| LINCOLN NATIONAL LIFE INSURANCE | * | JUDGE BARRY W. ASHE |
| COMPANY, | * | |
| *Defendant* | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

A settlement conference was held on Thursday, February 6, 2020.

PRESENT: *For the Plaintiff:* Reagan Toledano, Jean Guillory, Susan Porche

*For the Defendant:* Jason Allen Walters – *via telephone*

Negotiations were successful and resulted in the settlement of all claims. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

Janis van Meerveld
United States Magistrate Judge

MJSTAR: 03:30