**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEAN GUILLORY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 2:19-cv-10368-BWA-JVM** |

---

## JOINT STIPULATION OF DISMISSAL

---

**COME NOW** Plaintiff Jean Guillory ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") and hereby stipulate to the dismissal with prejudice of all of Plaintiff's claims against Defendant in the above-styled case. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Dated this 28th day of February, 2020.

Respectfully submitted,


*/s/ Reagan L. Toledano*
Reagan L. Toledano (La. 29687)
James F. Willeford (La. 13485)
Willeford & Toledano
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
(504) 582-1286 (phone)
(313) 692-5927 (facsimile)
rtoledano@willefordlaw.com
jimwilleford@willefordlaw.com

*Attorneys for Plaintiff*

*/s/ Jason A. Walters*
Jason A. Walters (pro hac vice)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
205.521.8000 (phone)
205.521.8800 (facsimile)
jwalters@bradley.com

Avery A. Simmons (La. 32942)
Bradley Arant Boult Cummings LLP
Hearst Tower
214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
704.338.6000 (phone)
704.332.8858 (facsimile)
asimmons@bradley.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Reagan L. Toledano (LA. 29687)
James F. Willeford (LA. 13485)
WILLEFORD & TOLEDANO
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Phone: (504) 582-1286
Fax: (313) 692-5927
rtoledano@willefordlaw.com
jimwilleford@willefordlaw.com

*Attorneys for the Plaintiff*

*/s/ Jason A. Walters*
Jason A. Walters