**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEAN GUILLORY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 2:19-CV-10368** |

# ORDER

**WHEREFORE,** Plaintiff Jean Guillory ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") have filed a Joint Stipulation of Dismissal (doc. 19) pursuant to the Federal Rules of Civil Procedure, it is hereby

**ORDERED, ADJUDGED, and DECREED** that all claims of Plaintiff against Defendant in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

New Orleans, Louisiana, this ___ day of ___________, 2020.

______________________________________
UNITED STATES DISTRICT JUDGE