**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JEAN GUILLORY,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.**<br>**2:19-CV-10368** |

# ORDER

**WHEREFORE,** Plaintiff Jean Guillory ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") have filed a Joint Stipulation of Dismissal (doc. 19) pursuant to the Federal Rules of Civil Procedure,

**IT IS ORDERED** that all claims of Plaintiff against Defendant in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

New Orleans, Louisiana, this 2nd day of March, 2020.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

4830-0884-7798.1